IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EDWARD C. SORENSEN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV19 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD | ) | ORDER |
| COMPANY, a Delaware | ) | |
| corporation, | ) | |
| | ) | |
| Defendant. | ) | |

      This matter is before the Court on plaintiff's motion to extend time for service of summons and first amended complaint (Filing No. 6). The Court finds the motion should be granted. Accordingly,

      IT IS ORDERED that the motion is granted; plaintiff shall have until May 26, 2009, to serve summons and first amended complaint on defendant.

      DATED this 12th day of May, 2009.

      BY THE COURT:

      /s/ Lyle E. Strom
      _____
      LYLE E. STROM, Senior Judge
      United States District Court